# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN A. SANTA CRUZ BACARDI, <u>ET AL.</u>,<br><br>    Plaintiff,<br><br>        v.<br><br>METRO SANTURCE, INC., D/B/A HOSPITAL PAVÍA S.E., <u>ET AL.</u>,<br><br>    Defendants. | CIVIL NO.  16-2455 (PAD) |

## ORDER

The parties shall file not later than November 4, 2016, a Joint Proposed Schedule with suggested deadlines as to the following procedural events:

1. Rule 26 disclosures;

2. Amendment to pleadings and to add parties;

3. Conclusion of discovery;

4. Filing of motion(s) for summary judgment.

Additionally, the Joint Proposed Schedule should include a statement on whether all of the parties consent to the trial jurisdiction of a U.S. Magistrate Judge.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of October, 2016.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
